FRANCES STAWICKI ET AL., RESPONDENTS, v. CHARLES B. KELLY, M. D., APPELLANT.

Submitted February 15, 1935—Decided May 17, 1935.

For the respondents, *Meehan Brothers.*

For the appellant, *Edwards, Smith & Dawson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.